# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00184-CV

### In re Gordon Paul Swoyer III

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### O R D E R

**PER CURIAM**

Relator Gordon Paul Swoyer III has filed a petition for writ of mandamus and a motion for emergency stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's March 25, 2022 order pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before April 18, 2022.

It is ordered on April 8, 2022.

Before Justices Goodwin, Baker, and Triana